In the Interest of B.R.B., Plaintiff,

B.B. and K.B., Respondents,

v.

J.S. and K.S., Appellants.

No. WD 73570.

Missouri Court of Appeals,
Western District.

Feb. 28, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 27, 2012.

Application for Transfer
Denied May 29, 2012.

Sharleen Pritt–Bothwell, Rock Port, MO, for Plaintiff.

Karen Shepard, Jim Shepard, Graham, MO, Appellant Acting Pro Se.

W. Douglas Thomson, Maryville, MO, for Respondents.

Before CYNTHIA L. MARTIN, P.J.,
THOMAS H. NEWTON, and KAREN
KING MITCHELL, JJ.

**ORDER**

PER CURIAM:

Maternal Grandparents appeal the probate court's denial of a motion for contempt against minor B.R.B.'s co-guard-

ians/conservators, Paternal Grandparents, and the termination of Maternal Grandparents' visitation with B.R.B. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).